# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| DISC LINK CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 5:06-cv-00295 |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| ADOBE SYSTEMS INCORPORATED, | § | |
| H&R BLOCK, INC., McAFEE, INC., | § | |
| RIVERDEEP, INC. and SAGE | § | |
| SOFTWARE SB, INC. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff Disc Link Corporation ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), hereby dismisses its claims against ADOBE SYSTEMS INCORPORATED ("Adobe") WITH PREJUDICE. Plaintiff has not released, and nothing in this Notice should be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patents-in-suit, except to the extent such claims have been released pursuant to the settlement agreement between Plaintiff and Adobe. All other rights have been and are expressly reserved.

1

2

**Dated:   February 26, 2007**　　　　　　　　Respectfully submitted,

_/s/ E.M. Albritton_
Jonathan T. Suder
State Bar No. 19463350
Edward R. Nelson, III
State Bar No. 00797142
Edward E. Casto, Jr.
State Bar No. 24044178
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334-0400
Fax (817) 334-0401
jts@fsclaw.com
nelson@fsclaw.com
casto@fsclaw.com

Eric M. Albritton
State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX  75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

T. John Ward, Jr.
State Bar No. 00794818
LAW OFFICE OF T. JOHN WARD, JR., P.C.
111 W. Tyler Street
Longview, Texas  75601
(903) 757-6400
(903) 757-2323 (fax)
 jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 26th day of February, 2007.

                                                      Eric M. Albritton