**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF TEXAS**

**TEXARKANA DIVISION**

| | | |
|---|---|---|
| DISC LINK CORPORATION, | § § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. 5:06cv00295 |
| v. | § § | **JURY TRIAL DEMANDED** |
| | § | |
| H&R BLOCK DIGITAL TAX SOLUTIONS, LLC F/K/A H&R BLOCK DIGITAL TAX SOLUTIONS, INC., BLOCK FINANCIAL CORPORATION, MCAFEE, INC., RIVERDEEP, INC., and SAGE SOFTWARE SB, INC. | § § § § § § § | |
| Defendants. | § § | |

**STIPULATION OF DISMISSAL AS TO DEFENDANT SAGE SOFTWARE SB, INC.**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DISC LINK CORPORATION ("Plaintiff") and Defendant SAGE SOFTWARE SB, INC. ("Sage"), and by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(ii) the parties' respective claims and counterclaims in the above-captioned action be, and they hereby are, dismissed with prejudice.

Plaintiff has not released, and nothing in this Stipulation shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit. All such rights have been, and are, expressly reserved.

Each party shall bear its own costs and attorneys' fees.

**Dated:   April 9, 2007**

Respectfully submitted,

| | |
|---|---|
| /s/ Edward R. Nelson, III | /s/ Jennifer Haltom Doan |
| Texas State Bar No. 00797142 | State Bar No. 08809050 |
| Jonathan T. Suder | Kristie Wright |
| Texas State Bar No. 19463350 | State Bar No. 00794884 |
| Edward E. Casto, Jr. | John Peyton Perkins, III |
| Texas State Bar No. 24044178 | State Bar No. 24043457 |
| FRIEDMAN, SUDER & COOKE | HALTOM AND DOAN LLP |
| Tindall Square Warehouse No. 1 | 6500 N. Summerhill Road, Suite 100 |
| 604 East 4th Street, Suite 200 | P. O. Box 6227 |
| Fort Worth, Texas 76102 | Texarkana, TX 75505 |
| (817) 334-0400 | (903) 255-1000 |
| Fax (817) 334-0401 | (903) 255-0800 (fax) |
| | |
| Eric M. Albritton | Of counsel: |
| Texas State Bar No. 00790215 | David W. Hansen |
| ALBRITTON LAW FIRM | SKADDEN, SLATE, ARPS, MEAGHER & FLOM |
| P.O. Box 2649 | 525 University Avenue, Suite 1100 |
| Longview, TX  75606 | Palo Alto, CA 94301 |
| (903) 757-8449 | (650) 470-4560 |
| (903) 758-7397 (fax) | (650) 470-4570 (fax) |
| | |
| T. John Ward, Jr. | ATTORNEYS FOR DEFENDANT SAGE |
| Texas State Bar No. 00794818 | |
| LAW OFFICE OF T. JOHN WARD, JR., P.C. | |
| 111 W. Tyler Street | |
| Longview, Texas  75601 | |
| (903) 757-6400 | |
| (903) 757-2323 (fax) | |

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of April, 2007, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Texarkana Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Edward R. Nelson, III