# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF TEXAS

### TEXARKANA DIVISION

| | |
|---|---|
| DISC LINK CORPORATION, § § § Plaintiff, § § v. § § H&R BLOCK DIGITAL TAX SOLUTIONS, § LLC F/K/A H&R BLOCK DIGITAL TAX § SOLUTIONS, INC., BLOCK FINANCIAL § CORPORATION, MCAFEE, INC. and § RIVERDEEP, INC. § § Defendants. § | CIVIL ACTION NO. 5:06cv00295 **JURY TRIAL DEMANDED** |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MCAFEE, INC.

Plaintiff Disc Link Corporation ("Disc Link") hereby dismisses its claims against Defendant McAfee, Inc. ("McAfee") in accordance with Federal Rule of Civil Procedure 41(a)(1)(i). By agreement of the parties and permission of the Court, McAfee has not filed an answer or other responsive pleading. The dismissal of McAfee is made with prejudice.

Disc Link has not released, and nothing in this Notice should be construed as a release or discharge of, any claim Disc Link has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit. All other rights have been and are expressly reserved.

1

| | |
|---|---|
| **Dated: April 18, 2007.** | Respectfully submitted,<br><br>/s/ Edward R. Nelson, III<br>Texas State Bar No. 00797142<br>Jonathan T. Suder<br>Texas State Bar No. 19463350<br>Edward E. Casto, Jr.<br>Texas State Bar No. 24044178<br>FRIEDMAN, SUDER & COOKE<br>Tindall Square Warehouse No. 1<br>604 East 4th Street, Suite 200<br>Fort Worth, Texas 76102<br>(817) 334-0400<br>Fax (817) 334-0401<br><br>Eric M. Albritton<br>Texas State Bar No. 00790215<br>ALBRITTON LAW FIRM<br>P.O. Box 2649<br>Longview, TX  75606<br>(903) 757-8449<br>(903) 758-7397 (fax)<br><br>T. John Ward, Jr.<br>Texas State Bar No. 00794818<br>LAW OFFICE OF T. JOHN WARD, JR., P.C.<br>111 W. Tyler Street<br>Longview, Texas  75601<br>(903) 757-6400<br>(903) 757-2323 (fax)<br><br>**ATTORNEYS FOR PLAINTIFF** |

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of April, 2007, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Texarkana Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Edward R. Nelson, III