# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | |
|---|---|
| DISC LINK CORPORATION, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. 5:06-CV-00295-DF |
| H&R BLOCK DIGITAL TAX SOLUTIONS, LLC F/K/A H&R BLOCK DIGITAL TAX SOLUTIONS, INC., et al., | § **JURY TRIAL DEMANDED** |
| Defendants. | § *CONSOLIDATED WITH:* |
| DISC LINK CORPORATION, | § CIVIL ACTION NO. 5:07-CV-58-DF |
| Plaintiff, | § |
| v. | § |
| ORACLE CORPORATION, et al., | § |
| Defendants. | § |

## STIPULATION OF DISMISSAL
## AS TO DEFENDANT MISYS INTERNATIONAL BANKING SYSTEMS, INC.

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DISC LINK CORPORATION and Defendant MISYS INTERNATIONAL BANKING SYSTEMS, INC., and by their attorneys, that pursuant to Fed.R.Civ.P. 41(a)(1)(ii) the parties' respective claims and counterclaims in the above-captioned action be, and they hereby are, dismissed with prejudice.

Plaintiff has not released, and nothing in this Stipulation shall be construed as a release or discharge of, any claim Plaintiff has or may have in the future against any other Defendant named in this action or any other asserted infringer of the patent-in-suit. All such rights have been, and are, expressly reserved.

Each party shall bear its own costs and attorneys' fees.

2

**October 5, 2007.**

Respectfully submitted,

/s/ Edward R. Nelson, III
State Bar No. 00797142
Jonathan T. Suder
State Bar No. 19463350
Edward E. Casto, Jr.
State Bar No. 24044178
FRIEDMAN, SUDER & COOKE
Tindall Square Warehouse No. 1
604 East 4th Street, Suite 200
Fort Worth, Texas 76102
(817) 334 0400
Fax (817) 334 0401
nelson@fsclaw.com
jts@fsclaw.com
casto@fsclaw.com

Eric M. Albritton
State Bar No. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, TX  75606
(903) 757-8449
Fax (903) 758-7397
ema@emafirm.com

T. John Ward, Jr.
State Bar No. 00794818
LAW OFFICE OF T. JOHN WARD, JR., P.C.
111 W. Tyler Street
Longview, Texas  75601
(903) 757-6400
Fax (903) 757-2323
jw@jwfirm.com

**ATTORNEYS FOR PLAINTIFF
DISC LINK CORPORATION**

/s/ Tonya R. Deem
KILPATRICK STOCKTON LLP
1001 West Fourth Street
Winston-Salem, NC 27101
(336) 607-7485
Fax (336) 607-7500
tdeem@kilpatrickstockton.com

Claude M. Stern
QUINN EMANUEL
   URQUHART OLIVER & HEDGES
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA  94065
(650) 801-5000
Fax (650) 801-5100
claudestern@quinnemanuel.com

**ATTORNEYS FOR MISYS
INTERNATIONAL BANKING SYSTEMS,
INC.**

**CERTIFICATE OF SERVICE**

     I hereby certify that on the 5th day of October, 2007, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Texarkana Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                               /s/Edward R. Nelson, III